UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kory Dean Krieger,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Arrow Financial, LLC; Guglielmo & Associates; Paul D. Guglielmo; Richard Reed; David J. Mittleman and ABC Entities 1-10,<br><br>　　　　Defendants. | No. CV11-2004-PHX DGC<br><br>**ORDER TO DISMISS** |

Having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 12), and good cause appearing,

**IT IS ORDERED** dismissing plaintiff's claims against all defendants, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that defendants' motion to withdraw (Doc. 11) is found to be **moot.**

Dated this 21st day of December, 2011.

*David G. Campbell*
_____
David G. Campbell
United States District Judge



4834-2279-2462.1